DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

SHAWN HAMLETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1064

————————————————

January 14, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Keith Meyer, Judge.

Shawn Hamlett, pro se.

PER CURIAM.

Affirmed.

LUCAS, C.J., and NORTHCUTT and BLACK, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.